**PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., Plaintiff-Appellant**

v.

**AMAZON.COM INC., Amazon Web Services, LLC, Defendants-Appellees**

**2015-2008**

United States Court of Appeals, Federal Circuit.

December 7, 2016

WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JENNIFER A. ALBERT, STEPHEN SCHREINER, CE LI; DAVID ZIMMER, San Francisco, CA; DOUGLAS J. KLINE, Boston, MA; TIMOTHY ROBERT DEWITT, 24IP Law Group USA, PLLC, Alexandria, VA.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendants-appellees. Also represented by JOSEPH S. CIANFRANI, KENT N. SHUM, JEREMY ANGUS ANAPOL; COLIN B. HEIDEMAN, Seattle, WA; GABRIEL BELL, GREGORY G. GARRE, JONATHAN Y. ELLIS, Latham & Watkins LLP, Washington, DC; JEFFREY H. DEAN, Amazon.com, Inc., Seattle, WA.

(Hughes, Schall, and Stoll, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**